IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,          )<br>  )<br>-vs-                            )<br>  )<br>ANGELA DAWN SHEPHERD  )<br>  )<br>       Defendant.      )  | No. CR-18-196-HE<br><br>Violation:   21 U.S.C. § 841(a)(1) |

**SUPERSEDING INFORMATION**

The United States Attorney charges:

### COUNT 1
**(Possession with Intent to Distribute)**

On or about June 22, 2018, in Beckham County, in the Western District of Oklahoma,

----------------------------------ANGELA DAWN SHEPHERD----------------------------

knowingly and intentionally possessed with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(C).

                                        ROBERT J. TROESTER
                                        First Assistant U.S. Attorney

                                        */s/ Nicholas J. Patterson*
                                        NICHOLAS J. PATTERSON
                                        Assistant U.S. Attorney