# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  CR-18-00196-002-HE |
| | ) | |
| ANGELA DAWN SHEPHERD, | ) | |
| Defendant. | ) | |

## MINUTE SHEET OF PROCEEDINGS
## SENTENCING HEARING

| **Honorable Joe Heaton, Presiding** | Christy Anderson, Deputy Clerk |
|---|---|
| Emily Eakle, Court Reporter | Dave Dickerson, U.S. Probation Officer |
| | Date proceedings held: 06/03/2019 @ 1:30 p.m. to 2:30 p.m. <br> Time in court: 1 hour <br> Courtroom No. 301 |

| Appearance for Government: <br> Nicholas Patterson, AUSA | Appearance for Defendant: <br> Eddie Valdez, Esq., |
|---|---|

**HEARING CONCLUDED**:   ☒ Yes;  ☐ No;

**Hearing Type:**   ☐ Sentencing Hearing – Contested;  ☒ Sentencing Hearing – Non Evidentiary;

**Held on count(s)** _____1_____ of the _____1_____ count:

☐ Indictment;  ☐ Information;  ☐ Superseding Indictment;  ☒ Superseding Information filed: 12/10/2018;

**Applicable Proceedings:**

| ☒ Sentencing held | ☒ Objections to the PSR heard | ☐ Plea Agreement accepted | ☐ Plea Agreement NOT accepted |
|---|---|---|---|
| ☒ Sentencing Guidelines | ☐ Downward Departure | ☐ Upward Departure | ☐ Settled/Guilty Plea |
| ☐ Witness Testimony heard | ☐ Evidence Entered | ☐ Other | |

**SENTENCING TEXT**:

☐   Defendant sentenced to a term of **PROBATION** for: _____ months;

☒   Defendant sentenced to a term of **IMPRISONMENT** to the Bureau of Prisons for a term of:
_____24_____ months as to count(s)_____1_____;

☐   Counts _____ to run ☐ concurrently; ☐ consecutive to each other;

☒   Defendant placed on a term of **SUPERVISED RELEASE** for a term of _____3_____ years;

☐   Counts _____ to run ☐ concurrently; ☐ consecutive to each other;

☒   Additional **special conditions** imposed *(See judgment and commitment order for specifics)*;

**CRIMINAL MONETARY PENALTIES**:

☐   **Restitution** is ordered in the amount of:  $ -0-_____;
       ☐ to be paid in installments ☐ due immediately;

☐   **Fine** imposed in the amount of $ -0-_____;

☐ to be paid in installments ☐ due immediately;

☐ **JVTA Assessment** imposed in the amount of $ -0-_____ ;

☐ to be paid in installments ☐ due immediately;

☒ $100.00 **special assessment** on Count(s)_____1_____ due immediately;

**Government motions**:

☐ Count(s) _____ dismissed on motion by the government;

☒ Order dismissing original indictment/information entered upon motion of the government;

**Custody Status**:

☒ Defendant ordered to surrender to the designated institution on **Thursday, August 15, 2019, at 1:00 p.m.**;

☐ Defendant failed to appear, Bench Warrant issued;

☒ **Bond** ☒ **Continued**; ☐ **Revoked**;

☐ **Custody/Detention continued**;

☐ Defendant **REMANDED** to the Custody of the U.S. Marshal pending service of sentence;

☒ Court **recommends** incarceration at facility located closest to Oklahoma;

☐ Other recommendations by the court _____ ;

**Appeal status**:

☒ Defendant advised of their right to appeal;

☐ Defendant requests Clerk to enter notice of appeal;

---

_Other proceedings_:    See judgment and commitment order for sentencing specifics;   Court Adjourned.




_Revised minute-sentencing-January, 2017_

---